1 | McGREGOR W. SCOTT
United States Attorney
2 | AMANDA BECK
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Dec 22, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>A.    The residence located at 162 Kemper Street, Vallejo, California;<br><br>B.    The person of Darren Tramaine Tony MITCHELL;<br><br>C.    The AT&T cellular telephone with call number 707-333-5753;<br><br>D.    A silver 2011 Audi Q5, California License Plate #AU83L40; and all other vehicles over which MITCHELL has dominion and control. | CASE NO: 2:20-SW-1134 DB<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: December 22, 2020

_____
The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

1